HENRY LEVINE, Appellant, v. SECURITY MUTUAL LIFE INSURANCE COMPANY, Respondent.—

Upon the trial defendant admitted, and the records in evidence reveal, that there was a balance of $34.35 due plaintiff from defendant. Beldock, P. J., Christ, Hill and Hopkins, JJ., concur; Rabin, J., not voting.